UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                      ORDER

JOYCE POLO                                   04-CR-359 (ILG)
-----------------------------------------------------------X

       The Defendant, Joyce Polo, having established that she is indigent and unable to afford to pay the costs of shipping, and there being no claim by the government for forfeiture, is entitled to the return of property seized upon her arrest.

       Therefore, it is hereby ORDERED:

       That U.S. Customs and Border Protection return Ms. Polo's property to her. Ms. Polo has previously provided U.S. Customs and Border Protection with the name and address of a party to whom the property can be sent. The U.S. Customs and Border Protection is directed to send the property to the person designated within three weeks of the date of this order.


DATED:    Brooklyn, NY
              July 13th, 2005

                                                          The Honorable I. Leo Glasser
                                                           Senior United States District Judge
                                                           Eastern District of New York